IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JANIS SHUMWAY,

Plaintiff,

v.

SHREE LAXMI-NARAYAN HOSPITALITY, LLC,

Defendant.

Case No. 20-cv-1275 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**Dated: 8/17/2021**       **MARGARET M. ROBERTIE, Clerk of Court**

                                                    **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**